DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MISTY DAWN FORDYCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-122 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| MISTY DAWN FORDYCE, ) | Date:  July 24, 2006 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for July 3, 2006,  be continued to **July 24, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: June 29, 2006                                MCGREGOR W. SCOTT
                                                    United States Attorney


                                                    By /s/ Stanley A. Boone
                                                    STANLEY A. BOONE
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

DATED:  June 29,  2006                              DANIEL J. BRODERICK
                                                    Federal Defender


                                                    By /s/ Mark A. Lizárraga
                                                    MARK A. LIZÁRRAGA
                                                    Assistant Federal Defender
                                                    Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:     June 30, 2006**               /s/ **Anthony W. Ishii**
0m8i78                             UNITED STATES DISTRICT JUDGE