```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  MISTY DAWN FORDYCE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00122 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| v. | ) ) | Date: May 14, 2008 |
| MISTY DAWN FORDYCE, | ) | Time: 1:30 p.m. |
| Defendant. | ) ) | Judge: Hon. Sandra M. Snyder |
|  | ) |  |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now scheduled for May 1, 2008, **may be continued to May 14, 2008, at 1:30 p.m.**

This continuance is requested by counsel for the defendant, who will be out of state on May 1, 2008, relocating family from Illinois to Fresno.  Additionally, the parties are still seeking a negotiated resolution.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice herein for effective defense preparation pursuant to 18 U.S.C.
3  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                            McGREGOR M. SCOTT
                                            United States Attorney

DATED:  April 24, 2008          By    /s/ Stanley A. Boone
                                            STANLEY A. BOONE
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Defender


DATED:  April 24, 2008          By    /s/ Douglas Beevers
                                            DOUGLAS BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            MISTY DAWN FORDYCE
```

### ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 25, 2008**                    **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE